**1149354**

Donald W. Lamson, Esq. (SBN 97363)
LAW OFFICE OF DONALD W. LAMSON
315 South Coast Highway 101
Suite U., PMB #36
Encinitas, CA 92024
Telephone: (760) 803-5493
Facsimile: (760) 452-7522

Attorney for Debtor

ORIGINAL

FILED
2011 AUG 31 AM 9:32
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA
OAKLAND, CA

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In Re:                                  )  Case No.:
                                        )
APEX AVIATION CORPORATION, a            )
California corporation,                 )  SCHEDULE B4
                                        )
                                        )  LIST OF CREDITORS HOLDING 20
           Debtor.                      )  LARGEST UNSECURED CLAIMS
                                        )
                                        )
                                        )

**BY FAX**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated disputed or subject to setoff. | Amount of claim [if secured state value of security] |
|---|---|---|---|---|
| ADVANTA<br>P.O. Box 5657<br>Hicksville, NY 11802-5657 | | Trade debt | | |
| Afforda Test<br>416 2nd Street<br>Galt, CA 95632 | | Trade debt | | 743.00 |
| AirMark Services, LLC<br>1450 Sally Ride Drive<br>Concord, CA 94520 | | Trade Services | | 10,258.80 |
| Airsure Limited<br>5700 Granite Parkway<br>Suite 550<br>Plano, TX 75024 | | Trade debt | | 3,943.21 |
| AMSTAT<br>44 Apple Street, Suite 5<br>Tinton Falls, NJ 07724 | | Trade debt | | 7,650.00 |
| Anthem Blue Cross<br>P.O. Box 54630<br>Los Angeles, CA 90054-0630 | | Business Insurance Premium | | 1,149.00 |
| Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-8011 | | Taxes | | 5,469.18 |
| Bridgeford Flying Services<br>Napa County Airport<br>2030 Airport Road<br>Napa, CA 94558 | | Trade services | | 96,088.85 |
| Cessna Aircraft Company<br>23260 Network Place<br>Chicago, IL 60673 | | Supplies | | 10,791.92 |
| FirstBank (Credit Card)<br>P.O. Box 2818<br>Omaha, NE 68103-2818 | | Business credit card charges | | 1,999.99 (est.) |
| Internal Revenue Service<br>P.O. Box 9941, Stop 5300<br>Ogden, Utah 84409-0941 | | Taxes | | 934.72 |
| Merrill Arnone & Jones, LLP<br>3553 Round Barn Blvd., Suite 303<br>Santa Rosa, CA 95403 | | services | | 1,417.70 |
| NATIONAL AIRCRAFT RESALE ASSOC.<br>P.O. 3860<br>Grapevine, TX 76099 | | Services | | 4,875.00 |

2

Case: 11-49354   Doc# 3   Filed: 08/31/11   Entered: 09/01/11 10:56:31   Page 2 of 3

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated disputed or subject to setoff. | Amount of claim [if secured state value of security] |
|---|---|---|---|---|
| Perotti & Carrade<br>1100 Larkspur Landing Circle,<br>Suite 358<br>Larkspur, CA 94939 | | Services | | 32,373.43 |
| Pitney Bowes Financial Services, LLC<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | | Services | | 2,428.20 |
| Reid W. Dennis<br>225 Mountain Wood Lane<br>Woodside, CA 94062-2522 | | | | 600.00 (est.) |
| Transamerica Life Insurance<br>P.O. Box 30266<br>Los Angeles, CA 90030-0266 | | Insurance premium | | 2,547.78 |
| US Bank –<br>Office Equipment Finance Svcs<br>P.O. Box 790448<br>St. Louis, MO 63179-0448 | | | | 2,638.06 |
| Verizon<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | | Telephone/internet services | | 1,200.00 |

Respectfully submitted by:

LAW OFFICE OF DONALD W. LAMSON

Date: August 31, 2011

*/s/ Donald R. Lamson*
Donald W. Lamson, Esq.,
Attorney for Debtor

3